DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH JENKINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2590

[February 22, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case Nos. 502006CF006629XXXMB and 502006CF013041AXXXMB.

Olivia M. Goodman of O'Brien Hatfield, P.A., Tampa, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***